

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00389-CV

---

DONNA OWENS, APPELLANT

V.

DEANA STEVENS, APPELLEE

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-006109-1, Honorable David D. Garcia, Presiding

---

March 20, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Donna Owens, proceeding pro se, appeals from the trial court's judgment.[1] Owens's brief was due February 7, 2025, but was not filed. By letter of February 20, 2025, we notified Owens that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by March 3. To date, Owens has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss her appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam